JOSEPH A. L. BLEK, Appellant, *v.* FRANK WILSON, as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, Respondent.

(Argued January 16, 1935; decided February 26, 1935.)

*Maximillian L. Blek* for appellant.
*Harold Stern* for respondent.

Judgment of the Appellate Division reversed as contrary to the weight of evidence and that of the Special Term affirmed, with costs in this court and in the Appellate Division. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J